ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                   )
                                                             )
Environmental Tectonics Corporation                          )   ASBCA No.      62517
                                                             )
Under Contract No.      FA8626-10-C-2102                      )

APPEARANCES FOR THE APPELLANT:          Michael H. Payne, Esq.
                                        Robert G. Ruggieri, Esq.
                                          Cohen Seglias Pallas Greenhall & Furman, P.C.
                                          Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:         Jeffrey P. Hildebrant, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Lawrence M. Anderson, Esq.
                                        Colby L. Sullins, Esq.
                                          Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  September 24, 2020

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62517, Appeal of Environmental Tectonics Corporation, rendered in conformance with the Board's Charter.

Dated:  September 24, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals